# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 28, 2022

### NO. 03-21-00369-CV

### In the Matter of B. D. P., Appellant

### APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order of commitment signed by the trial court on May 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order of commitment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.